UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                                :
U.S. EQUAL EMPLOYMENT OPPORTUNITY    :
COMMISSION,                                          :
                                Plaintiff,                  :        23 Civ. 8306 (LGS)
                                                          :
-against-                                             :              <u>ORDER</u>
                                                          :
299 MADISON AVE. LLC, D/B/A LIBRARY      :
HOTEL,                                                            X
                                Defendant.
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for November 15, 2023.

       WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

       **ORDERED** that the November 15, 2023, initial pretrial conference is **CANCELLED**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue separately.  The parties' attention is directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

       **ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.

Dated: November 9, 2023
        New York, New York

                                                                      LORNA G. SCHOFIELD
                                                             UNITED STATES DISTRICT JUDGE